# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 25, 2018

## NO. 03-16-00706-CV

**Angela Jo Carter, Appellant**

**v.**

**The Honorable Glenn Hegar,**
**Texas Comptroller of Public Accounts, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN**
**AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on October 10, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.